BANCFIRST
200 N MAIN STREET
FREDERICK OK 73542


BANK OF AMERICA
P O BOX 982238
EL PASO TX 79998-2235


CAPITAL ONE NA
P O BOX 30281
SALT LAKE CITY UT 84130-0281


CARE CREDIT
SYNCHRONY FINANCIAL
P O BOX 965035
DAYTON FL 32893-5035


CHASE
P O BOX 94014
PALATINE IL 60094-4014


CITICARDS CBNA
P O BOX 790034
ATTN BANKRUPTCY
SAINT LOUIS MO 63179


COMENITY CAPITAL BANK/ULTA
P O BOX 659820
SAN ANTONIO TX 78265-9120


DISCOVER FINANCIAL SERVICES
P O BOX 15316
WILMINGTON DE 19850


JCPMB CARD SERVICES
P O BOX 15369
WILMINGTON DE 19850

```
JOHN DEERE FINANCIAL
P O BOX 5328
MADISON WI 53703-0328


KOHLS/CAPITAL ONE
P O BOX 3120
MILWAUKEE WI 53201


OFFICE MAX
P O BOX 9025
DES MOINES IA 50368-9025


PAY PAL
P O BOX 960080
ORLANDO FL 32896-0080


SEARS BANKRUPTCY RECOVERY
MANAGEMENT SERVICES INC
P O  BOX 3671
URBANDALE IA 50322-0674


SYNC/LOWES
P O BOX 965005
ORLANDO FL 32896


SYNC/SAMS CLUB
P O BOX 965005
ORLANDO FL 32896


US BANK
P O BOX 6310
FARGO ND 58125


USAA MASTER CARD/VISA
USAA BUILDING
SAN ANTONIO TX 78288-0001
```

```
WELLS FARGO CARD SERVICES
P O BOX 29486
PHOENIX AZ 85038-9486


ZULILY CREDIT CARD
P O BOX 530993
ATLANTA GA 30353-0993
```