## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

In re:                                    )
                                          )
Clifton D. & Mary A. Randall,             )          Case No. 20-12418-JDL
                                          )                (ch. 12)
                          Debtors.        )

### DEBTORS' MOTION FOR ABANDONMENT OF PROPERTY,
### SUPPORTING MEMORANDUM
### AND NOTICE OF OPPORTUNITY FOR HEARING

Come now Clifton D. and Mary A. Randall ("Debtors") and, pursuant to Title 11 U.S.C. 554, F.R.B.P. 6007 and Local Rule 6007-1, request that they be allowed to abandon certain property of their chapter 12 estate and in support hereof state:

1.     Debtors filed this case on July 20, 2020 and continue to serve as debtors-in-possession herein.

2.     A component of the property owned by them is a herd of cattle consisting of approximately thirty-one head of beef cattle, thirty-six head of cows and five bulls.

3.     Debtors are in the process of drafting their chapter 12 reorganization plan which plan will provide for the surrender of the above cattle to the creditor having a first security interest in such cattle, BancFirst, Frederick, Oklahoma.

4.     Debtors further intend for their plan to provide for the surrender of a large portion of the farm and pasture land owned by them.  They do not believe the land they intend to retain under their plan will be sufficient to provide adequate feed for the cattle during the upcoming fall and winter months.

### Supporting Memorandum

Title 11 U.S.C. 554 provides, after notice and hearing,  a trustee (or debtor-in-possession) may abandon any property of the estate that is burdensome to the estate.  F.R.B.P. 6007(a) requires

a debtor-in-possession provide fourteen days notice of a proposed abandonment to the U.S. Trustee, all creditors, indenture trustees and committees. Only if an objection is filed by a party in interest shall the abandonment request be set for a hearing. Because the current year has provided an abundant supply of rain, the pastures owned by Debtors have supported their cattle providing them sufficient feed to maintain their health. The upcoming cold weather of fall and winter will inhibit the growth of grass on Debtor's pasture land with the result they do not believe their cattle will have sufficient grass on which to feed. Debtors do not have funds available to provide hay as feed for the cattle once their pasture land goes dormant. Under these conditions, Debtors believe the cattle are burdensome to their estate.

Accordingly, Debtors request that they be allowed to abandon the above listed cattle to the creditor holding the first lien thereon, BancFirst, Frederick, Oklahoma, and that upon entry of an order approving this motion the order contain a provision directing the secured creditor, BancFirst, Frederick, Oklahoma to immediately take possession of such cattle.

Dated: October 7, 2020.

*S/Gary L. Morrissey*
Gary L. Morrissey, OBA #6438
1725 Linwood Blvd.
Oklahoma City, Oklahoma 73106
g.morrissey@yahoo.com
(405) 272-1500
Fax (405) 272-3090
Attorney for Debtors

Certificate of Service

I hereby certify that on this 7th day of October, 2020, a true and correct copy of the above motion was served by the ECF system of Clerk of this Court to: Lonnie Eck, Esq., peck@eckchapter13.com, chapter 12 trustee; United States Trustee, Ustpregion20.oc.ecf@usdoj.gov; and mailed first class U.S. Mail, postage prepaid to the creditors listed on Exhibit A below.

*S/Gary L. Morrissey*
Gary L. Morrissey

BancFirst
200 N Main Street
Frederick OK 73542-0000

Bank of America
P O Box 982238
El Paso TX 79998-2235

Capital One NA
P O Box 30281
Salt Lake City UT 84130-0281

Care Credit
Synchrony Financial
P O Box 965035
Dayton FL 32893-5035

Chase
P O Box 94014
Palatine IL 60094-4014

Citicards CBNA
P O Box 790034
Attn Bankruptcy
Saint Louis MO 63179-0000

Comenity Capital Bank/Ulta
P O Box 659820
San Antonio TX 78265-9120

Discover Financial Services
P O Box 15316
Wilmington DE 19850-0000

JCPMB Card Services
P O Box 15369
Wilmington DE 19850-0000

John Deere Financial
P O Box 5328
Madison WI 53703-0328

Kohls/Capital One
P O Box 3120
Milwaukee WI 53201-0000

Office Max
P O Box 9025
Des Moines IA 50368-9025

Pay Pal
P O Box 960080
Orlando FL 32896-0080

Sears Bankruptcy Recovery
Management Services Inc
P O Box 3671
Urbandale IA 50322-0674

SYNC/Lowes
P O Box 965005
Orlando FL 32896-0000

SYNC/Sams Club
P O Box 965005
Orlando FL 32896-0000

US Bank
P O Box 6310
Fargo ND 58125-0000

USAA Master Card/Visa
USAA Building
San Antonio TX 78288-0001

Wells Fargo Card Services
P O Box 29486
Phoenix AZ 85038-9486

Zulily Credit Card
P O Box 530993
Atlanta GA 30353-0993

## Exhibit A

## <u>NOTICE OF OPPORTUNITY FOR HEARING</u>

**Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document**. If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written response or objection to the requested relief with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102 no later than 14 days from the date of filing of this request for relief. You should also serve a file-stamped copy of your response or objection to the undersigned movant/movant's attorney and others who are required to be served] and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice.

**The 14 day period includes the three (3) days allowed for mailing provided for in Bankruptcy Rule 9006(f).**